IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTREZE KNOWLES
ADC #179667                                                                                    PLAINTIFF

v.                                     No. 3:25-cv-57-DPM

CHRISTOPHER MORRIS, Sergeant,
Grimes Unit, ADC; CORLISS JORDAN,
Corporal, Grimes Unit, ADC; and
RAMONA WREN, Nurse, Grimes Unit,
ADC                                                                                              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Knowles hasn't filed an amended complaint, and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 May 2025