# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ANTREZE KNOWLES**
**ADC #179667**                                                                 **PLAINTIFF**

v.                              No. 3:25-cv-57-DPM

**CHRISTOPHER MORRIS, Sergeant,**
**Grimes Unit, ADC;  CORLISS JORDAN,**
**Corporal, Grimes Unit, ADC;  and**
**RAMONA WREN, Nurse, Grimes Unit,**
**ADC**                                                                          **DEFENDANTS**

## JUDGMENT

Knowles's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____8 May 2025_____